IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDALL W. BASDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>AG GROWTH INTERNATIONAL, INC., and SKYLAND GRAIN, LLC,<br><br>    Defendants. | Case No. 12-cv-41-JPG-PMF |

## JUDGMENT

This matter having come before the Court, and the Court having granted defendant Skyland Grain, LLC's motion to dismiss,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NANCY J. ROSENSTENGEL**

By:s/Deborah Agans, Deputy Clerk

**IT IS SO ORDERED.**
**DATED:** August 21, 2012


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**